RICHARD S. LEWIS (Appearance *pro hac vice*)
STEVEN ROTMAN
BRADEN BEARD
**HAUSFELD LLP**
1700 K Street, NW, Suite 650
Washington, DC 20006
Telephone: 202.540.7200
Facsimile: 202.540.7201
E-mail: rlewis@hausfeld.com
E-mail: srotman@hausfeld.com
E-mail: bbeard@hausfeld.com

BONNY E. SWEENEY (CSB No. 176174)
HAUSFELD LLP
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Telephone: 415.633.1908
Facsimile: 415.358.4980
E-mail: bsweeney@hausfeld.com

*Attorneys for Plaintiff Deanna Cottrell*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Deanna Cottrell<br><br>    Plaintiff,<br><br>    v.<br><br>Cordis Corporation, Johnson & Johnson, Cardinal Health, Inc.,<br><br>    Defendants. | Case No. 4:16-cv-02500-JSW<br><br>[PROPOSED] **ORDER GRANTING STIPULATED DISMISSAL WITHOUT PREJUDICE OF CARDINAL HEALTH, INC.**<br><br>AND VACATING HEARING ON CARDINAL HEALTH'S MOTION TO DISMISS ONLY |

[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL OF CARDINAL HEALTH, INC.
Case No. 4:16-CV-02500

On GOOD CAUSE SHOWN, the parties' joint stipulation to dismiss Defendant Cardinal Health, Inc. without prejudice is hereby GRANTED. Defendant Cardinal Health, Inc. is dismissed from this action without prejudice. Cardinal Health, Inc.'s Motion to Dismiss (ECF No. 22) is TAKEN OFF CALENDAR AS MOOT. This stipulation does not waive either party's rights or defenses, including Cardinal Health, Inc.'s defense to lack of personal jurisdiction in this matter. Each party shall bear its own costs. The hearing scheduled for July 22, 2016 on Defendant Cordis Corporation's motion to dismiss remains on calendar.

Dated: June 21, 2016

_____
Honorable Jeffrey S. White
United States District Court

-2-
[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL OF CARDINAL HEALTH, INC.
Case No. 4:16-CV-02500-JSW