CROWELL & MORING LLP
Kevin C. Mayer (CSB No. 118177)
E-mail: KMayer@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Andrew D. Kaplan (Appearance *pro hac vice*)
E-mail: AKaplan@crowell.com
Rebecca B. Chaney (Appearance *pro hac vice*)
E-mail: RChaney@crowell.com
1001 Pennsylvania Ave, NW
Washington, DC 20004
Telephone: 202.624.2500
Facsimile: 202.628.5116

Attorneys for Defendant Cordis Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| DEANNA COTTRELL<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORDIS CORPORATION, and JOHNSON & JOHNSON,<br><br>　　　　　Defendants. | Case No. 4:16-CV-02500-JSW<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT CORDIS CORPORATION TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>The Honorable Jeffrey S. White<br>Complaint Filed: June 21, 2016 |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER ON JOINT STIPULATION TO
EXTEND TIME
CASE NO. 4:16-CV-02500-JSW

1  WHEREAS, the hearing on Plaintiff Deanna Cottrell's ("Cottrell) Motion to Remand is set for hearing on August 12, 2016, Cottrell and defendant Cordis Corporation ("Cordis") have stipulated to extend the time Cordis has to answer or otherwise respond to plaintiff's First Amended Complaint until fourteen (14) days after the Court rules on the jurisdictional/remand issue.

WHEREAS, this extension will not alter any event or deadline set in any Court order.

For these reasons, and for good cause shown, it is **HEREBY ORDERED** that Cordis' request to extend its time to answer or respond to plaintiff's First Amended Complaint until fourteen (14) days after the Court has ruled on the jurisdictional/remand issue is granted.

**IT IS SO ORDERED.**

Dated: July 5, 2016.

_____
Honorable Jeffrey S. White
United States District Judge

-1-

[PROPOSED] ORDER ON JOINT STIPULATION TO EXTEND TIME
CASE NO. 4:16-CV-02500-JSW